**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1561**

LEVI MBAWE MBONI,

                    Petitioner,

          v.

LORETTA E. LYNCH, Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  December 15, 2015          Decided:  December 21, 2015

Before DUNCAN and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

John E. Gallagher, Catonsville, Maryland, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, John W. Blakeley, Assistant Director, Christina J. Martin, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Levi Mbawe Mboni, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's denial of Mboni's requests for asylum, withholding of removal, and protection under the Convention Against Torture.

We have thoroughly reviewed the record, including the report describing the investigation conducted by the U.S. Embassy's Regional Security Office in Yaoundé, Cameroon, the affidavit submitted by Dairou Yaouba, and all other supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Specifically, we reject Mboni's claim that the agency unreasonably relied on the investigative report and further conclude that consideration of the report was not fundamentally unfair. See Anim v. Mukasey, 535 F.3d 243, 256 (4th Cir. 2008). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Mboni (B.I.A. Apr. 28, 2015).*

---

\* Before the Board, Mboni merely claimed that the immigration judge's decision was "erroneous and contrary to the record and settled law" and "contrary to the Fourth Circuit
(Continued)

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                        PETITION DENIED

---

decision in <u>Anim v. Mukasey</u>." (J.A. 8). Although we have considered Mboni's general claims on appeal, as addressed by the Board, we lack jurisdiction over many of the specific contentions raised in Mboni's brief on the ground that he failed to exhaust his administrative remedies. <u>See</u> 8 U.S.C. § 1252(d)(1) (2012); <u>Kporlor v. Holder</u>, 597 F.3d 222, 226 (4th Cir. 2010).